STATE v. WILLIAMS

No. 278A99

Case below: 355 N.C. 501

Motion by defendant to supplement argument in support of motions to stay the mandate, to correct opinion, and for further relief denied 19 September 2002. Motion by Attorney General to strike defendant's supplementary argument allowed 19 September 2002. Motion by defendant to correct opinion denied 19 September 2002. Motion by defendant for a temporary stay of mandate denied 19 September 2002. Motion by defendant for other relief denied 19 September 2002.

STATE v. WILLIAMS

No. 448P02

Case below: 151 N.C. App. 535

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. WILSON

No. 405P02

Case below: 151 N.C. App. 219

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STEVENS v. GUZMAN

No. 254P02

Case below: 149 N.C. App. 974

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.